UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **Vanguard Energy LLC,** | Civil Action No. |
| Plaintiff; | |
| v. | 1:21-CV-00117 |
| **Global Enterprise Solutions LLC and XD Ventures LLC,** | |
| Defendants. | Jury Demand |

## <u>SCHEDULING ORDER</u>

*FRCP = Federal Rules of Civil Procedure       FPC = Final Pretrial Conference       JPO = Joint Pretrial Order*

1. Trial:  Estimated time to try: <u>5</u> days.                    ☐ Bench      X Jury
   *If the estimated length of trial is more than five business days, each party must provide specific and itemized time limits as to each witness listed in the Joint Pretrial Order.*

2. Parties must comply with FRCP 15 in amending pleadings.

3. New party joinder deadline:                           <u>180 days from complaint or, in a</u>
   *Furnish a copy of this scheduling order to new parties.*      <u>removed case, notice of removal</u>

4. The plaintiff's expert and report deadline:           <u>180 days before discovery deadline</u>
   *See FRCP 26(a)(2)(D); Local Rule 9(A)(4)*

5. The defendant's expert and report deadline:           <u>120 days before discovery deadline</u>
   *See FRCP 26(a)(2)(D); Local Rule 9(A)(5)*

6. Discovery completion deadline:                        <u>60 days before FPC</u>
   *Every disclosure under FRCP 26(a)(1) or (a)(3) and every discovery request, response, or objection must be signed by at least one attorney of record in the attorney's own name--or by the party personally, if unrepresented-- and must state the signer's address, email address, and telephone number. See FRCP 26(g).*

   *Additionally, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or tried to confer with the person or party failing to make disclosure or discovery to help obtain it without court action. See FRCP 37(a)(1). Failure to comply with this rule may result in sanctions and the payment of reasonable expenses and attorney's fees under FRCP 37(a)(5).*

7.  The parties' mediation and status report deadline:        <u>7 days after discovery deadline</u>

8.  Dispositive motions deadline:        <u>15 days after discovery deadline</u>
    *See FRCP 56(b).*

    a.) Responses to dispositive motions:        <u>21 days after dispositive motions</u>

9.  Non-Dispositive Motions deadline:        <u>45 days before FPC</u>

10. Daubert motions/motion to exclude experts, deadline:        <u>45 days before FPC</u>

11. Joint pretrial order (including witness and exhibit lists) is due:        <u>30 days before FPC</u>
    *All parties must file the joint pretrial order on time.*

12. Objections to exhibit list due:        <u>10 days after JPO</u>

13. Final Pretrial Conference is set for 2:00 P.M.:        <u>January 3, 2022</u>

14. Jury Selection is set for 10:30 A.M.:        <u>January 17, 2022</u>

Approved:

*/s/ E. Michael Rodriguez*                          *12/8/2021*
_____        _____
Attorney-in-Charge, Plaintiff(s)        Date

*/s/ Michael Blanchard*                          *12/8/2021*
_____        _____
Attorney-in-Charge, Defendant(s)        Date

Signed on this the_____day of_____, 202_.


_____
Rolando Olvera
United States District Judge

18