United States District Court
Southern District of Texas
**ENTERED**
January 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VANGUARD ENERGY LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-00117 |
| | § | |
| GLOBAL ENTERPRISE SOLUTIONS LLC, *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Vanguard Energy LLC's counterclaim is still pending with this court. For these reasons, the parties are ORDERED to file a scheduling order with the Court no later than **February 3, 2023**. Please contact the Court Case Manager for Final Pretrial and Jury Trial dates.

Signed on January 27, 2023.

_____
Rolando Olvera
United States District Judge