Case 1:21-cv-00117   Document 44   Filed on 07/17/23 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
July 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VANGUARD ENERGY, LLC | § § | |
| Plaintiff, | § § § § | Civil Matter No.: 1:21-cv-00117 |
| v. | § § | |
| GLOBAL ENTERPRISE SOLUTIONS, LLC and XD VENTURES, LLC, | § § § § | Jury Demanded |
| Defendants. | § § | |

**STIPULATION AND ORDER TO MODIFY AGREED SCHEDULING ORDER (DOC. 42)**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff and Counter-Defendant, Vanguard Energy, LLC ("Vanguard"), and Counter-Plaintiffs Global Enterprise Solutions, LLC ("GES") and XD Ventures, LLC ("XD") (collectively "The Parties"), through their respective counsel of record, jointly submit the following Stipulation to Modify Agreed Scheduling Order to extend the deadlines pertaining to experts set by the Court as set forth in in the Agreed Scheduling Order (Doc. 42) in this case.

This Stipulation is made pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4).

The parties stipulate and agree to a short continuance of GES and XD's expert deadlines by thirty (30) days to allow more time to designate expert witnesses, prepare expert reports and evaluate what further discovery is needed to ready this case for trial. Vanguard requested an extension to respond to GES and XD's discovery requests and GES and XD granted this extension with the caveat that the Parties extend GES and XD's expert and report deadline to allow GES and XD sufficient time to review Vanguard's discovery responses. As such, the Parties stipulate to extend GES and XD's expert and report for affirmative relief deadline to July 21, 2023.

1

## STIPULATION

WHEREFORE, IT IS STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, that the following deadlines pertaining to experts are stipulated below.

| Deadline | Current Deadline | Stipulated Deadline |
|---|---|---|
| GES and XD's expert and report for affirmative relief deadline: *See* FRCP 26(a)(2)(D); Local Rule 9(A)(4). | 06/14/2023 | 07/21/2023 |

IT IS SO STIPULATED.

Dated: July, 7, 2023.

Respectfully submitted,

**Butch Boyd Law Firm**

*/s/ Ernest W. Boyd*
Ernest W. Boyd (Lead Attorney)
State Bar No. 00783694
butchboyd@butchboydlawfirm.com
Jillian Scherrer
State Bar No. 24117793
jillianscherrer@butchboydlawfirm.com
2905 Sackett Street
Houston, TX 77098
713-589-8477 (Phone)

713-589-8563 (Fax)

***COUNSEL FOR DEFENDANT AND COUNTER-PLAINTIFFS GLOBAL ENTERPRISE SOLUTIONS, LLC AND XD VENTURES, LLC***

Dated: July 7, 2023.

**Atlas Hall & Rodriguez LLP**

*/s/ E. Michael Rodriguez *with permission*
E. Michael Rodriguez
State Bar No. 00791553
S. D. Tex. No. 18759
mrodriguez@atlashall.com
Eduardo Roberto Rodriguez
State Bar No. 00000080

S.D. Tex. No.1944
errodriguez@atlashall.com
222 N. Expressway, Suite 203
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337
***ATTORNEYS FOR PLAINTIFF, AND COUNTER-DEFENDANT VANGUARD ENERGY LLC***

IT IS SO ORDERED.

Dated:  July 17, 2023

_____
ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE

3