IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VANGUARD ENERGY, LLC | § § § | |
| Plaintiff, | § § § | Civil Matter No.: 1:21-cv-00117 |
| | § § § | |
| v. | § § | |
| GLOBAL ENTERPRISE SOLUTIONS, LLC and XD VENTURES, LLC, | § § § § | Jury Demanded |
| Defendants. | § § | |

## THIRD STIPULATION AND ORDER TO MODIFY AGREED SCHEDULING ORDER (DOC. 42) AND PRIOR STIPULATIONS AND ORDER (DOC.44 & DOC. 45)

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff and Counter-Defendant, Vanguard Energy, LLC ("Vanguard"), and Counter-Plaintiffs Global Enterprise Solutions, LLC ("GES") and XD Ventures, LLC ("XD") (collectively "The Parties"), through their respective counsel of record, jointly submit the following Third Stipulation to Modify Agreed Scheduling Order to extend the deadlines pertaining to experts set by the Court as set forth in Agreed Scheduling Order (Doc. 42) and Stipulations and Order to Modify Agreed Scheduling Order (Doc. 44 and Doc. 45) in this case.

This Third Stipulation is made pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4).

The parties stipulate and agree to a short continuance of Defendant's expert deadlines to allow more time to designate expert witnesses, prepare expert reports and evaluate what further discovery is needed to ready this case for trial. The Parties stipulate to extend the September 18, 2023 expert and report deadline pursuant to FRCP 26(a)(2)(D); Local Rule 9(A)(5) to Monday, October 2, 2023.

1

## STIPULATION

WHEREFORE, IT IS STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, that the following deadlines pertaining to experts are stipulated below.

| Deadline | Current Deadline | Stipulated Deadline |
|---|---|---|
| Defendant's expert and report deadline: See FRCP 26(a)(2)(D); Local Rule 9(A)(5). | 09/18/2023 | 10/02/2023 |

IT IS SO STIPULATED.

Dated: September 19, 2023.

    Respectfully submitted,

**Butch Boyd Law Firm**

*/s/ Butch Boyd*
Butch Boyd (Lead Attorney)
State Bar No. 00783694
butchboyd@butchboydlawfirm.com
Jillian Scherrer
State Bar No. 24117793
jillianscherrer@butchboydlawfirm.com
2905 Sackett Street
Houston, TX 77098
713-589-8477 (Phone)

713-589-8563 (Fax)

***COUNSEL FOR DEFENDANT AND COUNTER-PLAINTIFFS GLOBAL ENTERPRISE SOLUTIONS, LLC AND XD VENTURES, LLC***

Dated: September 19, 2023.

**Atlas Hall & Rodriguez LLP**

 /s/ *E. Michael Rodriguez* **with permission*
E. Michael Rodriguez
State Bar No. 00791553
S. D. Tex. No. 18759
mrodriguez@atlashall.com
Eduardo Roberto Rodriguez
State Bar No. 00000080

S.D. Tex. No.1944
errodriguez@atlashall.com
222 N. Expressway, Suite 203
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337
***ATTORNEYS FOR PLAINTIFF, AND COUNTER-DEFENDANT VANGUARD ENERGY LLC***

IT IS SO ORDERED.

Dated: _____

_____
ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE