UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **Vanguard Energy LLC,**<br><br>Plaintiff;<br><br>v.<br><br>**Global Enterprise Solutions LLC and XD Ventures LLC,**<br><br>Defendants. | Civil Action No.<br><br>1:21-CV-00117<br><br>Jury Demand |

**ORDER GRANTING PLAINTIFF VANGUARD ENERGY LLC'S MOTION FOR LEAVE TO FILE LATE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

ON THIS the _____ day of _____, 2023 came on to be heard Plaintiff's Motion for Leave to File Late Response to Defendant's Motion for Summary Judgment, and the Court finds that the Motion is meritorious and should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment is October 16, 2023.

SIGNED this the _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE